IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA TERRITO, et al.,

    Plaintiffs,

v.

CARIBBEAN AIRLINES SERVICES, INC. et al.,

    Defendants.

CIVIL NO. 98-1583 (RLA)

### ORDER AUTHORIZING CARLOS A. VELASQUEZ TO APPEAR PRO HAC VICE

The Motion for Admission of Carlos A. Velasquez Pro Hac Vice as Counsel for Plaintiff (docket No. **121**) and Application to Appear and Participate (docket No. **122**) filed on March 29, 2000 are **GRANTED**.

Accordingly, MR. VELASQUEZ shall represent plaintiffs CONCEPCION GARCIA HARTMAN RIVAS and her minor son ENRIQUE MANUEL RIVAS GARCIA[1] in these proceedings and JORGE ORTIZ BRUNET, ESQ. shall appear as local counsel.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10 day of April, 2000.

                RAYMOND L. ACOSTA
                United States District Judge

---

[1] Subject to stipulation with counsel for the minor's father. See Minutes of ISC Held on March 29, 2000.



AO 72
(Rev 8/82)