IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 MAY -3 AM 11: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MARIANA TERRITO, et al.,

    Plaintiffs,

    v.

CARIBBEAN AIRLINES SERVICES, INC.
et al.,

    Defendants.

CIVIL NO. 98-1583 (RLA)

## THIRD OMNIBUS ORDER

The following motions pending in this action are hereby disposed as follows.

### Second Amended Complaint

The Court having considered the arguments submitted by the parties[1] hereby finds that plaintiffs' proposed amendments to the complaint are warranted.

Accordingly, Plaintiffs' Motion to Amend Complaint and to Add and Drop Parties... filed on March 28, 2000 (docket No. **123**) is **GRANTED** and the Second Amended Complaint tendered on even date is hereby ORDERED filed.

### Legal Representation of Minor Plaintiff

The Joint Motion for Clarification, filed by counsel for plaintiffs on April 19, 2000 (docket No. **127**) is **NOTED**.

---

[1] See Opposition to Joinder of Anthony C. Tirri as a Defendant, filed on April 10, 2000 (docket No. **125**) and Plaintiffs' Reply... filed on April 25, 2000 (docket No. **129**).



**CIVIL NO. 98-1583 (RLA)**                                    **Page - 2**

Accordingly, minor plaintiff ENRIQUE MANUEL RIVAS GARCIA shall be represented by CARLOS A. VELASQUEZ, ESQ. in these proceedings.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 2nd day of May, 2000.

RAYMOND L. ACOSTA
United States District Judge