IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA TERRITO, et al.,

    Plaintiffs,

v.                          CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICES, INC.
et al.,

    Defendants.

### ORDER IN THE MATTER OF JOINT STATUS REPORT

The Joint Status Report and Joint Motion to Continue Further Status Conference... filed on December 18, 2000 (docket No. **140**) is disposed of as follows.

The parties' efforts in carrying out discovery as well as the discovery conducted thus far is **NOTED**.

The request for continuance of the FURTHER STATUS CONFERENCE is **DENIED**. Given the number of attorneys involved in this litigation as well as the substantial discovery-related matters that must be scheduled the court finds it is more expedient if the pending matters are addressed personally with all counsel.

Accordingly, the FURTHER STATUS CONFERENCE scheduled for **January 19, 2001 at 10:30 a.m.** remains set.

The parties are advised that our address has changed to: **U.S. Courthouse & Post Office Bldg., 3rd Floor, Suite 348, 300 Recinto Sur Street, San Juan, P.R. 00901** (tel. No. (787) 977-6070).

CIVIL NO. 98-1583 (RLA)                                        Page - 2

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of December, 2000.

*[signature]*

RAYMOND L. ACOSTA
United States District Judge