UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA T. TERRITO, et al.

V.  CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICE, INC. et al.

# O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 1/26/2001 **Docket #** 143 [X] Joint **Title:** JOINT DEPOSITION SCHEDULE | NOTED. |

January 31, 2001
**Date**

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:      EOD:

By _____ # 144