IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA TERRITO, et al.,

    Plaintiffs,

v.                                              CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICES, INC.
et al.,

    Defendants.

## OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

### Report of DR. RENE ROCHA

The Motion to Extend Discovery Deadline, filed by CONCEPCION GARCIA HARTMAN and her minor son, on February 1, 2001 (docket No. **145**) is **GRANTED**.

Accordingly, the term for submission of DR. RENE ROCHA's report is extended until **March 1, 2001.**

### Dispositive Motion

The Informative Motion in Compliance with Order, filed by codefendants CARIBBEAN AIRLINES SERVICES and CARIBBEAN AIRPORT FACILITIES, on February 7, 2001 (docket No. **146**) is **GRANTED** as follows.

AO 72
(Rev 8/82)

CIVIL NO. 98-1583 (RLA)                                          Page - 2

---

Petitioners shall include their proposal on how to proceed on the 1999 dispositive motion filed on their behalf in the JOINT STATUS REPORT due **no later than May 21, 2001.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of February, 2001.

RAYMOND L. ACOSTA
United States District Judge