IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA TERRITO, et al.,

    Plaintiffs,

v.                                           CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICES, INC. et al.,

    Defendants.

### ORDER INSTRUCTING PARTIES AND COUNSEL TO ATTEND MEDIATION

Plaintiffs having shown cause, the Motion in Regard to Mediation filed on March 30, 2001 (docket NO. **148**) is **GRANTED**.

Accordingly, all parties and their respective counsel are hereby ORDERED to attend the Mediation scheduled for **April 9, 2001** before Atty. IRWIN J. BLOCK at the Law Firm of LEESFIELD, LEIGHTON, RUBIO & MAHFOOD, P.A., 2350 South Dixie Highway, Miami, Florida 33133.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of April, 2001.

                RAYMOND L. ACOSTA
                United States District Judge

*for notices by clk.*

AO 72
(Rev 8/82)