UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA T. TERRITO, et al.

    v.                CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICE, INC. et al.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 1/19/01   **Docket #** 150<br><br>[X] Joint<br><br>**Title:** STIPULATION FOR THE PRODUCTION, INSPECTION AND EXAMINATION OF ORIGINAL DOCUMENTS | NOTED. |

| MOTION | RULING |
|---|---|
| **Date Filed:** 1/19/01   **Docket #** 150<br><br>[X] Plffs.<br><br>**Title:** MOTION REQUESTING TRANSFER AND CONSOLIDATION... [with Civ. No. 01-1077 (JP)] | DENIED. |

May _____, 2001        RAYMOND L. ACOSTA
   Date                  U.S. District Judge

Rec'd:      EOD:

By: _____ # 152

/O