UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA T. TERRITO, et al.

V.                           CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICE, INC. et al.

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 5/7/01   **Docket #** 153 | **DENIED AS MOOT.** |
| [X] GREAT AMERICAN INS. CO. | |
| **Title:** GREAT AMERICAN'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME TO OPPOSE THE MOTION FOR CONSOLIDATION | |

May  10, 2001            RAYMOND L. ACOSTA
    **Date**              U.S. District Judge

Rec'd:        EOD:

By: # 154

