UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA T. TERRITO, et al.

V.                                    CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICE, INC. et al.


O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 6/4/01    **Docket #** 159<br><br>[X] Plffs.   ENRIQUE RIVAS<br><br>**Title:** MOTION INFORMING SETTLEMENT | BY ORDER OF HONORABLE JUDGE RAYMOND L. ACOSTA, U.S. DISTRICT JUDGE, **NOTED**. |


June 5, 2001                    FRANCES RIOS DE MORAN
    Date                            Clerk of the Court


                                By: _____
                                        Deputy Clerk


Rec'd:            EOD:

By: ᴍ # 160