IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA T. TERRITO, et al.,

    Plaintiffs,

v.

    CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICES,
INC., et al.

    Defendants.

## ORDER IN THE MATTER OF PLAINTIFFS' SETTLEMENT AGREEMENTS

### Enrique Rivas

The Motion of Plaintiff Enrique Rivas for Approval of Settlement Agreement (**docket No. 161**, filed on June 15, 2001) and the Motion Requesting Approval of Settlement Sum (**docket No. 162**, filed on June 22, 2001) are **GRANTED** as follows:

The Court hereby **APPROVES** the proposed settlement between the parties in the amount of eight (8) million dollars, which, after deducting 30% in contingent attorneys fees the costs associated with the litigation and plaintiff's medical expenses, yield a net award of **$5,209,470.83** for plaintiff.

IT IS FURTHER ORDERED that approval of the details of the proposed Trust Agreement and the investment strategies advanced for plaintiff's net award shall be held IN ABEYANCE by the Court for further consideration.

AO 72
(Rev 8/82)

Civil No. 98-1583 (RLA)                                              Page 2

### Concepción García and Enrique Rivas Jr.

The Motion to Inform Settlement filed by counsel for CONCEPCION GARCIA HARTMAN and ENRIQUE MANUEL RIVAS, JR. on June 22, 2001 (**docket No. 163**) is hereby **NOTED**. Counsel shall file the proposed investment plan for the minor's funds along with a justification for the 30% contingent attorney's fees as part of plaintiffs' petition for judicial authorization and approval of the minor's claim and the total proposed settlement award.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of June, 2001.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)