IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA TERRITO, et al.,

    Plaintiffs,

v.                             CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICES, INC.
et al.,

    Defendants.

### ORDER SCHEDULING TELEPHONE CONFERENCE REGARDING APPROVAL OF PROPOSED TRUST AGREEMENT AND INVESTMENT STRATEGIES FOR INCAPACITATED PLAINTIFF ENRIQUE RIVAS

A TELEPHONE CONFERENCE[1] to discuss the provisions of the Irrevocable Special Needs Trust ("Trust") proposed in this action[2] as well as the suggested terms of investment of those monies is hereby set for **Wednesday, August 8, 2001 at 2:30 p.m.**

Counsel for MR. RIVAS shall initiate the telephone call which shall include: (1) representative(s) from the HALE and DOOR, LLP law firm conversant with the Trust document as well as (2)

---

[1] Given the fact that counsel for plaintiff resides in Florida and the other representatives are located in Massachusetts the court finds that it is more expedient as well as less costly to handle this matter telephonically.

[2] See Motion of Plaintiff Enrique Rivas for Approval of Settlement Agreement, filed on June 15, 2001 (docket No. 161). The settlement award as well as the pertinent fees and expenses have been approved. See Order in the Matter of Plaintiffs' Settlement Agreements, filed on June 27, 2001 (docket No. 164).

AO 72
(Rev 8/82)

CIVIL NO. 98-1583 (RLA)                                          Page - 2

representative(s) from HALE and DORR CAPITAL MANAGEMENT LLC ("HDCM") prepared to respond to inquiries regarding HDCP and the investment strategies submitted for the settlement award.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of July, 2001.

---
RAYMOND L. ACOSTA
United States District Judge