IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA TERRITO, et al.,

    Plaintiffs,

    v.                    CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICES, INC.
et al.,

    Defendants.

## **FINAL JUDGMENT**

It appearing that the parties remaining in this litigation have settled their claims and that no causes of action remain outstanding, it is hereby

ORDERED AND ADJUDGED that this case be and the same is hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10 day of August, 2001.

                            RAYMOND L. ACOSTA
                          United States District Judge



AO 72
(Rev 8/82)