IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANA TERRITO, et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-1583 (RLA)

CARIBBEAN AIRLINES SERVICES, INC.
et al.,

    Defendants.

### ORDER APPROVING TRUST AND PROPOSED INVESTMENT STRATEGIES FOR INCAPACITATED PLAINTIFF ENRIQUE RIVAS

Cause having been shown, the Motion of Plaintiff Enrique Rivas for Approval of Settlement Agreement, filed on June 15, 2001 (docket No. 161) is **GRANTED**.

Accordingly, the Court hereby **APPROVES** the establishment and the terms of the H. ENRIQUE RIVAS 2001 IRREVOCABLE SPECIAL NEEDS TRUST ("TRUST") dated June 26, 2001 as well as payment of the net settlement proceeds of **$5,209,470.83** to the TRUST.

The Court further **APPROVES** HALE AND DORR CAPITAL MANAGEMENT, LLC as the custodian of the TRUST's assets as well as the proposed initial allocation of TRUST assets at fifty (50%) percent in bonds and cash equivalents and fifty (50%) percent in stocks or equity investments.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21 day of August, 2001.

_____
RAYMOND L. ACOSTA